■ MARINE MIDLAND BANK, Appellant, v BARBARA C. FISHER, Respondent. (Appeal No. 2.) — Order unanimously affirmed. Same memorandum as in *Marine Midland Bank v Fisher* [Appeal No. 1] (85 AD2d 905). (Appeal from order of Onondaga Supreme Court, John O'C. Conway, J. — summary judgment.) Present — Simons, J. P., Callahan, Denman, Moule and Schnepp, JJ.